**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

October 28, 2020

<u>VIA ECF</u>
Hon. Judge Cronan
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/29/2020__

Re:  <u>Paguada v. Homesublime, LLC</u>

<u>Case No. 1:20-cv-06667-JPC</u>

Dear Judge Cronan,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for November 2, 2020. It is now October 28, 2020, and Defendant has yet to appear. Defendants answer was due September 25, 2020. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

Accordingly, the undersigned requests that the November 2nd Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for default judgment.

Thank you for your time and consideration of the above request.

Yours sincerely,

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

Plaintiff's request is GRANTED.  The Conference scheduled for November 2, 2020, at 10:40 a.m. is hereby adjourned *sine die*.  The Plaintiff must file the motion for default judgment, in accordance with the Court's Individual Rules and Practices, by November 30, 2020.

SO ORDERED.

Date: October 29, 2020

New York, New York

JOHN P. CRONAN
United States District Judge